GABROY LAW OFFICES
Christian Gabroy (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel     (702) 259-7777
Fax    (702) 259-7704
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Deborah Pryor, an Individual,<br><br>Plaintiff,<br>vs.<br><br>Johnson Controls, Inc. ; DOES I through X; and ROE Corporations I through X, inclusive,<br><br>Defendants. | Case No.  2:10-cv-02000-RLH-RJJ<br><br>**Stipulated Discovery Plan And Scheduling Order**<br><br>**[Submitted in Compliance with LR 26-1(e)]** |

**Stipulated Discovery Plan and Scheduling Order Submitted In Compliance with LR 26-1(e)**

Plaintiff Deborah Pryor ("Plaintiff"), by and through her attorney Christian Gabroy of Gabroy Law Offices, and Defendant JOHNSON CONTROLS, INC., by and through their attorney Deanna C. Brinkerhoff of Holland & Hart LLP, hereby submit the following Stipulated Discovery Plan and Scheduling Order Submitted in Compliance with LR 26-1(e):

1.  **Meeting:**   Pursuant to FRCP 26(f) and LR 26-1(e), a conference call was conducted on **November 24, 2010**, and was attended by Christian Gabroy, Esq. for Plaintiff, Deanna C. Brinkerhoff, Esq. on behalf of Defendant Johnson Controls, Inc.:

2.  **Pre-Discovery Disclosures:** Plaintiff and Defendant have agreed to provide each other with initial disclosures pursuant to FRCP 26(b) within 14 days of this meeting, **December 8, 2010**.

3.  **Discovery Plan:** The parties, pursuant to LR 26-1(e) hereby agree to the following discovery schedule as outlined in LR 26-1(e):

    (a)  **Subject of Discovery:** Discovery will be needed on the following subjects: All claims set forth in the Complaint as well as the defenses relevant to the action.

    (b)  **Discovery Cut-off Date(s):** The parties herein request a discovery period of 180 days running from November 24, 2010. All discovery must be completed by **May 24, 2011**. All parties agree that due to the large number of witnesses needed to be deposed, and complexity of the case, discovery extensions may be requested.

    (c)  **FRCP 26(a)(2) Disclosures (Experts):** Disclosure of experts shall proceed as follows: Plaintiff and Defendant shall disclose their experts to each other at least sixty (60) days before the discovery cut-off date, which is by **March 24, 2011**. Plaintiff and Defendant shall disclose their rebuttal experts at least thirty (30) days after the initial date for disclosures of experts, which is by **April 22, 2011**.

4.  **Other Items:**

    (a)  **Interim Status Reports:** The parties shall file an interim status report ninety (90) days after the date of discovery conference, which is **February 22, 2011**.

    (c)  **Amending the Pleadings and Adding Parties:** The parties

Page 2 of 4

have until **February 22, 2011** to file any motions to amend the pleadings or to add parties. This is ninety (90) days prior to the discovery cut-off date and does not exceed the outside limit LR 26-1(e)(2) presumptively sets of ninety (90) days before the discovery cut-off date of filing such motions.

(d) **Settlement:** As this matter progresses, the parties will conduct appropriate discovery to determine if this matter can be amicably resolved. Further, the parties agree to participate in an ENE conference in an attempt to settle this matter.

(e) **Court Conference:** The parties do not request a conference with the Court before entry of the scheduling order.

(f) **Later Appearing Parties:** A copy of this discovery plan and scheduling order shall be served on any person served after it is entered, or, if additional defendants should appear, within five (5) days of their first appearance. This discovery plan and scheduling order shall apply to such later-appearing parties, unless the Court, on motion and for good cause shown, orders otherwise.

(g) **Dispositive Motions:** The parties shall have until **June 22, 2011** to file dispositive motions. This is thirty (30) days after the discovery cut-off date and does not exceed the outside limit of thirty (30) days following the discovery cut-off date that LR 26-1(e)(4) presumptively sets for filing dispositive motions.

(h) **Pretrial Order:** The pretrial order shall be filed by **July 22, 2011**, which is not more than thirty (30) days after the date set for filing dispositive motions in the case. In the event a dispositive motion is filed, the date for filing the pretrial order shall be suspended until thirty (30) days after decision upon the dispositive motion or filing order of the court. The disclosures required by FRCP

26(a)(3) shall be made in the joint pretrial order.

    (i) **Extension or Modification of the Discovery Plan and Scheduling Order:** LR 26-4 governs modifications or extensions of this discovery plan and scheduling order.  Any stipulation or motion must be made not later than twenty-one (21) days before the discovery cut-off date and comply fully with LR 26-4.

| PLAINTIFF | DEFENDANT |
|---|---|
| Dated thjs 30th day of November, 2010 | Dated thjs 30th day of November, 2010 |
| By: /s/ Christian Gabroy_____<br>Christian Gabroy<br>GABROY LAW OFFICES<br>170 South Green Valley Parkway, Suite 280<br>Henderson Nevada 89012<br>Telephone: (702) 259-7777<br>Facsimile: (702) 259-7704 | By: /s/Deanna C. Brinkerhoff_____<br>Deanna C. Brinkerhoff<br>HOLLAND & HART LLP<br>3800 Howard Hughes Pkwy<br>10th Floor<br>Las Vegas, NV 89169<br>Telephone: (702) 222-2500<br>Facsimile:  (702) 669-4650 |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: __DEC. 7, 2010_____